UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case no. 3:14-CR-00009-LRH-(VPC) |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| MIGUEL ANGEL ROCHA-GOMEZ, ) | |
| Defendant. ) | |

On November 13, 2014, defendant Miguel Angel Rocha-Gomez was sentenced to one year and one day, to run concurrently with defendant's Nevada state sentence, followed by three (3) years of supervised release. Since imposing the aforementioned sentence, the court has been advised that the defendant was sentenced in the concurrent Nevada state court prosecution on January 28, 2014, and was given sixty-nine (69) days credit for time served in state custody. The defendant was sentenced to the Nevada state prison and is scheduled for the granting of parole, on his state conviction, on or about November 20, 2014.

Based upon the foregoing information, it was the court's intention that the defendant's federal sentence of twelve months and one day be served concurrently with his state prison time, which therefore appears to have commenced on November 20, 2013. Based upon such state detention, it was the court's intention that the defendant's federal prison sentence of one year one day be treated as having commenced on November 20, 2013, and terminate on November 21, 2014, less any federal good time credits to which he may have been entitled prior to November 21. This being the case, defendant's twelve months and one day federal sentence will have been completed on or before November 21, 2014.

     GOOD CAUSE APPEARING, and to facilitate the Bureau of Prison's record keeping, and further recognizing that whatever federal good time credit defendant received would result in an actual federal prison termination date of some time briefly prior to November 21, 2014, defendant hereby is sentenced to TIME SERVED. This sentence is consistent with the intention of the court at the time of sentencing.

     The judgment of conviction previously entered herein, Doc. #30[1], shall be modified through an amended judgment to reflect a Time Served sentence. All other terms of Doc. #30 shall remain in full force and effect.

     IT IS SO ORDERED.

     DATED this 18th day of November, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.